[Nos. 22535-2-II; 22845-9-II.   Division Two.   June 2, 2000.]

*In the Matter of the Marriage of* CAYCE R. YOUNG, *Respondent*, and MARIO E. YOUNG, *Appellant*.

Appeals from a judgment of the Superior Court for Pierce County, No. 93-3-05508-0, Sergio Armijo, J., entered September 29, 1997. *Reversed in part* and *affirmed in part* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 23524-2-II.   Division Two.   June 2, 2000.]

RITA GRIMSETH, *Appellant*, v. MELVIN ORD, *Respondent*.

Appeal from a judgment of the Superior Court for Pierce County, No. 95-2-06914-8, Terry D. Sebring, J., entered June 12, 1998. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Seinfeld and Houghton, JJ.

[No. 24325-3-II.   Division Two.   June 2, 2000.]

THE STATE OF WASHINGTON, *Appellant*, v. WADE M. WARD, *Respondent*.

Appeal from a judgment of the Superior Court for Jefferson County, No. 97-1-00140-0, William E. Howard, J., entered February 5, 1999. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Houghton, JJ.